IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TERMAIN M. WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-mc-00789 |
| ) | |
| ASHLEY DENISE PRESTON, ) | Judge Sharp |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is a complaint filed *pro se* by plaintiff Termain M. Wells against his former attorney, Ashley Denise Preston.

The plaintiff did not submit with his complaint either the required $400.00 filing fee or an application to proceed *in forma pauperis*. Although it appears at this time that the plaintiff states claims over which this Court lacks jurisdiction and that are barred by the statute of limitations, the Court may not consider an action on the merits unless the initial pleading is accompanied by the filing fee or a properly supported application showing that the plaintiff is financially unable to pay the full filing fee in advance. Accordingly, if Mr. Wells seeks to pursue this action, he **MUST** do one of the following within **21 days** of his receipt of this order: (1) submit payment of the filing fee in the amount of $400.00 to the Clerk of this Court; or (2) submit a completed and properly supported *in forma pauperis* application. The Clerk is **DIRECTED** to forward to Plaintiff a blank Application to Proceed in District Court Without Prepaying Fees or Costs (long form).

Failure to comply with this order within the time frame specified will result in dismissal of the action for failure to prosecute and failure to comply with the Court's Order.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge